**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2387**

FABIOLA CHINO TECONGO; E.J.C.C.,

        Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  September 13, 2021              Decided:  October 13, 2021

Before NIEMEYER and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Fabiola Chino Tecongo, E.J.C.C., Appellants Pro Se.  Lynda Do, Ann M. Welhaf, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fabiola Chino Tecongo and her minor child, natives and citizens of Mexico, petition for review of an order of the Board of Immigration Appeals (Board) declining to consider their appeal by certification pursuant to 8 C.F.R. § 1003.1(c) (2021) and dismissing the appeal as untimely. Because we lack jurisdiction to review the Board's refusal to exercise its discretionary authority to certify the case, we dismiss the petition for review. *See Abdulla v. Att'y Gen.*, 971 F.3d 409, 414 (3d Cir. 2020) ("[C]oncluding that, as a general matter, we lack jurisdiction to review the BIA's decision not to self-certify an appeal" and collecting cases). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*